```
            UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 11-cr-131-01-JD

<u>Rodolfo Ariel Amparo Aybar</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 20) filed by defendant is granted; Trial is continued to the two-week period beginning June 19, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                               */s/ Joseph A. DiClerico, Jr.*
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

Date: March 9, 2012

cc:  Paul Garrity, Esq.
     Robert Veiga, Esq.
     U.S. Marshal
     U.S. Probation